IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER D. SMITH, on behalf of
himself, and on behalf of all of those who
may, in the future, be arrested by the Lee
County Sheriff's Department or the Tupelo
Police Department, and all of those who may,
in the future, be detained in the "Holding
Area" or "Drunk Tank" of the Lee County Jail                              PLAINTIFF

vs.                                                                        No. 1:05CV266-D-D

CITY OF TUPELO, MISSISSIPPI; et al.                                       DEFENDANTS

## ORDER DENYING MOTION FOR CLASS CERTIFICATION

Pursuant to an opinion issued this day, it is hereby ORDERED that the Plaintiff's motion for class certification (docket entry 17) is DENIED.

SO ORDERED, this the 2nd day of October 2006.

/s/ Glen H. Davidson
Chief Judge