IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER SMITH, PLAINTIFF

VS. NO. 1:05CV266-D-D

CITY OF TUPELO, MISSISSIPPI,
LEE COUNTY, MISSISSIPPI,
LEE COUNTY SHERIFF'S DEPARTMENT
JUSTICE COURT OF LEE COUNTY, MISSISSIPPI, DEFENDANTS

ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant's motion for summary judgment (docket entry 69) is GRANTED;

(2) Defendant's motion for summary judgment (docket entry 74) is GRANTED;

(3) Plaintiff's claims shall be DISMISSED; and

(4) this case is CLOSED.

SO ORDERED, this the 19th day of July 2007.

/s/ Glen H. Davidson
Senior Judge